# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

Progressive Express Insurance Company

    *Plaintiff-Appellee*,

v.

                                      Appeal No. 26-10175-AA

Joseph Reed Ubele

    *Defendant-Appellant*.

## DEFENDANT-APPELLANT'S MOTION TO STAY BRIEFING OR IN THE ALTERNATIVE MOTION FOR TWENTY DAY EXTENSION TO FILE INITIAL BRIEF

On February 13, 2026, this Court directed the parties to address whether the relevant pleadings sufficiently alleged the citizenship of the parties to invoke the District Court's subject-matter jurisdiction in the first instance, and whether any deficiency may be cured by amendment on appeal, current record evidence, or supplementation. (Doc. 10). On February 27, 2026, the parties filed their responses to this Court's jurisdictional question. (Doc. 18 & Doc. 19). The undersigned has taken the telephone extension provided by 11th Cir. R. 31-2(a), making Defendant-Appellant's Brief due March 27, 2026.

If this Court ultimately determines that it lacks jurisdiction, it will alleviate any need for the parties to submit briefs on the merits of this matter. Because the

Court's findings regarding the jurisdictional issues in this case may very well be dispositive, Defendant-Appellant respectfully suggests that staying the briefing schedule pending this Court's resolution of the jurisdictional issues would potentially conserve judicial resources. Neither party would be prejudiced by a short stay tied to the resolution of the jurisdictional issues. Defendant-Appellant seeks only to hold the merits-briefing deadlines in abeyance until the Court issues a ruling on jurisdiction or provides further direction.

In the alternative, the undersigned has contacted opposing counsel, who has indicated that Plaintiff-Appellee has no opposition to a twenty (20) day extension of time for Defendant-Appellant to file its initial brief. In the event that this Court does not agree that a stay is warranted, Defendant-Appellant would respectfully request the unopposed twenty (20) day extension of time to file its initial brief.

Dated: March 17, 2026

Respectfully submitted,

**JIMENEZ MAZZITELLI MORDES**
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/    Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

# GOOD FAITH CONFERRAL CERTIFICATION

Undersigned counsel for Defendant-Appellant represents that on March 16, 2026, he e-mailed counsel for Plaintiff-Appellee in an effort to confer with respect to the relief requested herein. Counsel for Plaintiff-Appellee advised that they could not agree to a stay of the proceedings pending resolution of the Court's jurisdictional question; however, counsel for Plaintiff-Appellee did advise that Plaintiff-Appellee could agree to a twenty (20) day extension of time for Defendant-Appellant to file its initial brief.

**JIMENEZ MAZZITELLI MORDES**
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/    Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

# CERTIFICATE OF COMPLIANCE

1.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because this document has been prepared in a plain, proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

2.     This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains less than 5,200 words.

3.     This document complies with the type-volume limit of Fed. R. App. P. 32(g)(1) because this document contains 277 words.

JIMENEZ MAZZITELLI MORDES
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/     Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF upon all counsel or parties of record on this 17th day of March 2026 to: Enrique Augusto Urdaneta, 14171 Richwood Place, Fort Lauderdale, FL 33325, The Minato Group, LLC, c/o H&I Tax Investment Group, 1860 N. Pine Island Road, Suite 111, Plantation, FL 33322, and *Attorneys for Plaintiff-Appellee*, at jrichards@boydlawgroup.com; ylavelle@boydlawgroup.com; mmallory@boydlawgroup.com; ServiceMia@boydlawgroup.com.

> JIMENEZ MAZZITELLI MORDES
> *Attorneys for Defendant-Appellant*
> 9350 S. Dixie Hwy, PH 5
> Miami, FL 33156
> Telephone: (305) 548-8750
>
> */s/    Benjamin Mordes*
> BENJAMIN MORDES (FBN: 75370)
> Benjamin@jmmlawfirm.com