**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

Progressive Express Insurance Company

    *Plaintiff-Appellee*,

v.

                                                 Appeal No. 26-10175-AA

Joseph Reed Ubele

    *Defendant-Appellant*.

---

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR TWENTY DAY EXTENSION TO FILE INITIAL BRIEF**

---

On March 17, 2026, Defendant-Appellant filed its Motion to Stay Briefing or in the Alternative Motion for Twenty Day Extension to File Initial Brief. (Doc. 20). Because the Motion is opposed, Defendant-Appellant recognizes that there is a ten (10) day deadline for Plaintiff-Appellee to respond to Defendant-Appellant's Motion under Fed. R. App. P. 27 (a)(3)(A). The deadline for Plaintiff-Appellee to respond is March 27, 2026, which is the same date as the deadline for Defendant-Appellant to file its initial brief on the merits. While Defendant-Appellant prays that this Court will ultimately grant a stay of the briefing deadlines until the jurisdictional issues are resolved, in an abundance of caution, and in order to avoid running afoul of this Court's deadlines, Defendant-Appellant contacted opposing counsel, who confirmed that Plaintiff-Appellee has no opposition to a twenty (20) day extension of time for

Defendant-Appellant to file its initial brief. Defendant-Appellant respectfully requests a twenty (20) day extension of time for Defendant-Appellant to file its initial brief. If the Court grants the instant Motion, the new deadline would be April 16, 2026.

Dated: March 18, 2026

Respectfully submitted,

**JIMENEZ MAZZITELLI MORDES**
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/ Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

# GOOD FAITH CONFERRAL CERTIFICATION

Undersigned counsel for Defendant-Appellant represents that on March 18, 2026, he e-mailed counsel for Plaintiff-Appellee in an effort to confer with respect to the relief requested herein. Counsel for Plaintiff-Appellee advised that Plaintiff-Appellee does not object a twenty (20) day extension of time for Defendant-Appellant to file its initial brief.

**JIMENEZ MAZZITELLI MORDES**
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/     Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) because this document has been prepared in a plain, proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

2.      This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because this document contains less than 5,200 words.

3.      This document complies with the type-volume limit of Fed. R. App. P. 32(g)(1) because this document contains 193 words.

JIMENEZ MAZZITELLI MORDES
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/     Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF upon all counsel or parties of record on this 18th day of March 2026 to: Enrique Augusto Urdaneta, 14171 Richwood Place, Fort Lauderdale, FL 33325, The Minato Group, LLC, c/o H&I Tax Investment Group, 1860 N. Pine Island Road, Suite 111, Plantation, FL 33322, and *Attorneys for Plaintiff-Appellee*, at jrichards@boydlawgroup.com; ylavelle@boydlawgroup.com; mmallory@boydlawgroup.com; ServiceMia@boydlawgroup.com.

**JIMENEZ MAZZITELLI MORDES**
*Attorneys for Defendant-Appellant*
9350 S. Dixie Hwy, PH 5
Miami, FL 33156
Telephone: (305) 548-8750

*/s/    Benjamin Mordes*
BENJAMIN MORDES (FBN: 75370)
Benjamin@jmmlawfirm.com