# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-10175

_____

PROGRESSIVE EXPRESS INSURANCE COMPANY,
  a foreign corporation,

*Plaintiff-Appellee,*

*versus*

ENRIQUE AUGUSTO URDANETA, et al.,

*Defendants,*

JOSEPH REED UBELE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21723-BB

_____

ORDER:

The motion for an extension of time to and including April 16, 2026, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Kevin C. Newsom
_____
UNITED STATES CIRCUIT JUDGE