In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10175
_____

PROGRESSIVE EXPRESS INSURANCE COMPANY,
a foreign corporation,

*Plaintiff-Appellee,*

*versus*

ENRIQUE AUGUSTO URDANETA, et al.,

*Defendants,*

JOSEPH REED UBELE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21723-BB
_____

ORDER:

The motion to stay the appeal is GRANTED. This appeal is stayed until a decision is issued on the jurisdictional question pending in this appeal. Appellant's brief is due twenty (20) days from a decision on this jurisdictional question, with the appendix due seven (7) days after the filing of the brief.

/s/ Kevin C. Newsom

UNITED STATES CIRCUIT JUDGE